No. 82–818. NATIONAL LABOR RELATIONS BOARD v. BILDISCO & BILDISCO, DEBTOR-IN-POSSESSION, ET AL.; and

No. 82–852. LOCAL 408, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. [Certiorari granted, 459 U. S. 1145.] Motions of United Mine Workers of America, International Union, and International Brotherhood of Teamsters for leave to file briefs as *amici curiae* granted.

No. 82–874. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. EDWARDS. C. A. 9th Cir. [Certiorari granted *sub nom. Schweiker* v. *Edwards,* 459 U. S. 1200.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 82–940. HISHON v. KING & SPALDING. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of Robert Abrams et al. for leave to file a brief as *amici curiae* granted.

No. 82–1041. DICKMAN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of D'Ancona & Pflaum for leave to participate in oral argument as *amicus curiae* denied.

No. 82–1127. HELICOPTEROS NACIONALES DE COLOMBIA, S.A. v. HALL ET AL. Sup. Ct. Tex. [Certiorari granted, 460 U. S. 1021.] Motion of Motor Vehicle Manufacturers Association of the United States, Inc., for leave to file a brief as *amicus curiae* granted.

No. 82–1401. CALDER ET AL. v. JONES ET AL. Ct. App. Cal., 2d App. Dist. [Probable jurisdiction postponed, 460 U. S. 1080.] Appeal as to appellee Ingels dismissed. Motion of appellants to vacate the judgment of the Court of Appeal of California, Second Appellate District, as to Ingels denied.